## BROWN v. HUGHES et al.

A partnership to carry on the business of ship carpenters, is an ordinary partnership; and the members are liable jointly only, and not *in solido*.

APPEAL from the Fifth District Court of New Orleans, *Buchanan*, J. *Peyton* and *I. W. Smith*, for the plaintiff. *Hornor*, for the appellants. The judgment of the court was pronounced by

KING, J. The defendants have appealed from a judgment rendered against them on an open account. They contend that the district judge erred in rendering a judgment *in solido* against them, their liability being only joint; and in refusing to issue an attachment to enforce the appearance of *Stockton*, one of the defendants, who was summoned as a witness in the cause.

The defendants were associated together as ship carpenters; this was an ordinary partnership, and their liability was joint. A judgment *in solido* is prayed for in the petition. The decree does not, in express terms, condemn the defendants *in solido*, but, construed with reference to the pleadings, may be considered and enforced as a joint and several judgment. *Heath et al.* v. *Howell & Johnson*, 15 La. 139. In this respect the judgment must be amended.

The judge did not, in our opinion, err in refusing the attachment to enforce the appearance of *Stockton*, one of the defendants, as a witness. He was clearly incompetent to testify. Assuming the facts stated in the bill of exceptions to be true, that the partnership between the defendants had been dissolved previous to the trial of the cause, and that *Hughes* had assumed all the obligations

BROWN
v.
HUGHES.

of the partnership, and granted a full discharge and release to *Stockton*, still this contract, to which the plaintiff was no party, did not impair his recourse against *Stockton*. *Stockton* continued to be a joint debtor of the plaintiff, and a real party defendant in the cause ; as such he could not be called as a witness by his co-defendant. We think that the sum awarded to the plaintiff by the court below is fully supported by the testimony.

The judgment of the district judge is therefore so amended, as to render the defendants liable jointly and not *in solido*, for the payment of the same ; the appellee paying the costs of this appeal.